AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**Southern** DISTRICT OF **Florida**

**USA**
v.
**Narseal Batiste, et al**

## EXHIBIT AND WITNESS LIST

Case Number: **06-20373-CR-Lenard**

| PRESIDING JUDGE<br>TED E. BANDSTRA | PLAINTIFF'S ATTORNEY<br>Jackie Arango | DEFENDANT'S ATTORNEY<br>John Wylie, AFPD, et al |
|---|---|---|
| TRIAL DATE(S)<br>6/30/06  7/5/06 | COURT REPORTER | COURTROOM DEPUTY<br>PATTY FITZPATRICK |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Anthony Velazquez - Sworn + Testified |
| | | 6/3/6 | | | Sworn + testified, John Wylie AFPD |
| | | | | | Cross examined |
| | | 7/5/06 | | | Albert Levin Cross examined |
| | | " | | | Cross ex by Roderick Vereen |
| | | " | | | Cross examined By Richard Houlihan |
| | | " | | | Cross examined By Gregory PreBish |
| | | " | | | Cross examined By Nathan Clark |

FILED BY ___ 2006 JUL -5 PM 4:05
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages