UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20373-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs

LYGLENSON LEMORIN,

    Defendant.
_____/

## JUDGMENT OF ACQUITTAL

THIS CAUSE having come before the Court for Criminal Jury Trial and the jury having returned a unanimous verdict of not guilty as to all four Counts of the Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, LYGLENSON LEMORIN, is hereby ACQUITTED as to each Count of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13 day of December, 2007.

*[signature]*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record